NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-16-0000724
04-MAY-2017
10:18 AM

NO. CAAP-16-0000724

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

EY, Plaintiff-Appellee, v.
DY, Defendant-Appellant

APPEAL FROM THE FAMILY COURT OF THE FIFTH CIRCUIT
(FC-D NO. 07-1-0098)

ORDER
DENYING MAY 1, 2017 HRAP RULE 40 MOTION FOR RECONSIDERATION
OF APRIL 19, 2017 ORDER GRANTING FEBRUARY 23, 2017 MOTION
TO DISMISS APPEAL FOR LACK OF APPELLATE JURISDICTION
(Leonard, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon review of the record of (1) the April 19, 2017 order granting the February 23, 2017 motion to dismiss appellate court case number CAAP-16-0000724 for lack of appellate jurisdiction, (2) Defendant-Appellant D.Y.'s (Appellant Husband) May 1, 2017 motion for reconsideration of the April 19, 2017 dismissal order pursuant to Rule 40 of the Hawai'i Rules of Appellate Procedure (HRAP), and (3) the record, it appears that we did not overlook or misapprehend any points of law or fact when we entered the April 19, 2017 order that dismissed appellate court case number CAAP-16-0000724 for lack of appellate jurisdiction.

IT IS HEREBY ORDERED that Appellant Husband's May 1, 2017 HRAP Rule 40 motion for reconsideration of the April 19, 2017 order granting the February 23, 2017 motion to dismiss appellate court case number CAAP-16-0000724 for lack of appellate jurisdiction is denied.

DATED: Honolulu, Hawai'i, May 4, 2017.

Presiding Judge

Associate Judge

Associate Judge